IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: Mark F. Houchens | ) | CHAPTER 13 |
| SS NO.xxx-xx-4550 | ) | CASE NO. 16-61374 |
| Debtor | ) | |

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **Mark F. Houchens,** by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed their petition for relief under of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by**: Greene County General District Court, 12 Ford Ave., P.O. Box 245, Stanardsville, VA. 22973** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **Discover Bank c/o Zwicker & Associates, P.C., 948 Clopper Road, 2nd Floor, Gaithersburg, MD 20878**

4. The garnishee is**: Wal-Mart Stores, Inc. - Payroll – c/o CT Corporation System, 4701 Cox Rd, Suite 285, Glen Allen, VA 23060**

5. The creditor is attempting to garnish: **WAGES**

WHEREFORE, your applicant prays that said garnishment be quashed and that they have such other and further relief as the nature of this case may require.

Copies hereof are directed by mail to the Garnishee: **Wal-Mart Stores, Inc. - Payroll – c/o CT Corporation System, 4701 Cox Rd, Suite 285, Glen Allen, VA 23060**
and to the creditor: **Discover Bank c/o Zwicker & Associates, P.C., 948 Clopper Road, 2nd Floor, Gaithersburg, MD 20878**
and the Court: **Greene County General District Court, 12 Ford Ave., P.O. Box 245, Stanardsville, VA. 22973**

Date: 07/08/2016                                                               Respectfully Submitted,

                                                                                         /s/ Melvin A. Burruss
                                                                                        Counsel for the Debtor

Melvin A. Burruss, Esq.
MILLER LAW GROUP, P.C.
1160 Pepsi Place, Suite 341
Charlottesville, VA 22901
Phone (434) 974-9776
Fax     (434)974-6773